## LITTLETON & LAMAR *v.* LOAN, MERCAN-
TILE & STOCK ASSOCIATION.

*Simmons, C. J.*—Irrespective of the numerous questions presented by the record, this case, upon its undisputed facts, is controlled by the decision rendered therein at the March term, 1895 (97 *Ga.* 172), and accordingly the verdict for the plaintiff was contrary to law.                          *Judgment reversed.*

*Atkinson, J.,* dissenting.—I adhere to the views expressed when this case was formerly before this court.

Argued November 17,—Decided November 30, 1896.

Complaint.    Before Judge Fish.    Sumter superior court.    May term, 1896.

*E. H. Cutts* and *J. H. Lumpkin,* for plaintiffs in error.